> [signature]
> Charles M. Walker
> U.S. Bankruptcy Judge
> Dated: 7/10/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

MMC

IN RE:  
ESSENCE SUCHANCE WADE  
712 BRIARWOOD RD  
CLARKSVILLE, TN  37040

CASE NO. 19-03305-CW3-13  
07/09/2019

SSN XXX-XX-3286

**AMENDED**

## ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS ORDERED that until further order of this court, the entity from whom the debtor receives income:

> AMAZON LOGISTICS  
> ATTN PAYROLL  
> 2813 BRICK CHURCH PK  
> NASHVILLE, TN  37207

shall deduct **$902.00 BI-WEEKLY** beginning on the next pay period following receipt of this order and deduct same amount each pay period thereafter including any period for which the debtor receives a lump sum payment as a result of vacation, termination, longevity, merit bonuses or other benefits arising from present or past employment and remit the deductible amount to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: ESSENCE SUCHANCE WADE<br>CASE NUMBER: 319-03305 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>         800-231-5928<br>FAX:   615-242-3241 |
|---|---|---|

IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall notify the Trustee in writing, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all income of the debtor, including monthly commission checks, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid in accordance with usual payment procedures.

IT IS FURTHER ORDERED that no deductions on account of any garnishment, wage assignment, child support, alimony payment, credit union, or other purpose not specifically authorized by this Court shall be made from the income of the debtor.

IT IS FURTHER ORDERED that this order supersedes all previous orders received by the above-referenced entity in this case. Failure to comply with the provisions of this order may result in a motion for contempt.

cc: ESSENCE SUCHANCE WADE  
    SCOTT D WILSON  
    AMAZON LOGISTICS

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

This order was signed. The Judge's signature and Court's seal appear at the top of the document. United States Bankruptcy Court.